# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00408-CR

**Jimmy Ray Shelton, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
## NO. 9293, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jimmy Ray Shelton was convicted of the attempted capital murder of two peace officers and sentenced to ninety-nine years in prison.  Tex. Pen. Code Ann.ʼʼ 15.01, 19.03 (West 1994).  On appeal, this Court sustained the finding of guilt but reversed that portion of the judgment imposing sentence.  *Shelton v. State*, 41 S.W.3d 208, 218 (Tex. App.СAustin 2001, pet. refꞋd).  On remand, a new jury was impaneled, which heard evidence and assessed punishment at imprisonment for thirty years.

Appellant⹀s court-appointed attorney filed a brief concluding that the present appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.  *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*,

485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel=s brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel=s brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel=s motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Affirmed

Filed: March 13, 2003

Do Not Publish